## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREA UBALDI, on behalf of herself and all others similarly situated,<br><br>   *Plaintiffs,*<br><br>-vs-<br><br>NEWPORT BEACH LAW GROUP, APLC, BEN POURCHO, ESQ; TRINITY FINANCIAL SERVICES, LLC; and JOHN DOES 1-25,<br><br>   *Defendants.* | Civil Case No.: 2:18-cv-02304<br><br>**Civil Action**<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Returnable: May 30, 2019 |

     **PLEASE TAKE NOTICE** that on Monday, May 30, 2019, at 3:30 PM a.m.. or as soon thereafter as counsel may be heard, Plaintiff Andrew Ubaldi, on behalf of herself and all others similarly situate, will move this Court before the Honorable Cathy L. Waldor, U.S.M.J., at the U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for entry of an Order certifying this case to proceed as a class action and granting final approval of the Parties' class settlement agreement.

     **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(d), Plaintiff shall rely upon the enclosed Brief.

     **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), the Parties include a proposed form of Order.

**JONES, WOLF & KAPASI, LLC**
375 Passaic Avenue
Suite 100
Fairfield, NJ 07004
T: 973.227.5900

F: 973.244.0019
E: jkj@legaljones.com

*Attorneys for Plaintiff Andrea Ubaldi, on behalf of herself and all others similarly situated*

BY: _____*/s/ Joseph K. Jones*_____
         JOSEPH K. JONES

Dated: May 25, 2019

2